IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADVANCED FIBER TECHNOLOGIES (AFT) TRUST,<br><br>     Plaintiff,<br><br>-against-<br><br>J&L FIBER SERVICES, INC.,<br><br>     Defendant. | Civil Action No.: 07-01191 (LEK/DRH)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that upon the Declaration of Paul Wasikowski dated October 1, 2009 and the exhibits annexed thereto, the Declaration of David R. Cross dated October 1, 2009 and the exhibits annexed thereto, J&L Fiber's Statement of Undisputed Facts, and for the reasons set forth in the accompanying Memorandum of Law, and upon such other evidence and argument as the Court may consider, Defendant J&L Fiber Services, Inc. will move this Court before Hon. Lawrence E. Kahn, Senior United States District Judge, at the United States Courthouse, 445 Broadway, Albany, New York on November 6, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 56, Fed. R. Civ. P. declaring that on the undisputed facts and as a matter of law, J&L Fiber has not infringed any valid claims of U.S. Patent RE 39,940.

Dated: October 1, 2009

Respectfully submitted,

/s/ David R. Cross
David R. Cross
Johanna M. Wilbert
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI  53202-4497
Telephone:  (414) 277-5000

Edward R. Conan (101387)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
Telephone:  (315) 218-8100

*Attorneys for Defendant*
*J&L Fiber Services, Inc.*

TO: Nicholas Mesiti, Esq.
Heslin, Rothenberg, Farley & Mesiti P.C.
5 Columbia Circle
Albany, NY 12203-5180

Attorneys for Plaintiff