UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Case No. 1:07-CV-1191 (LEK/DRH)

| | |
|---|---|
| ADVANCED FIBER TECHNOLOGIES (AFT) TRUST,    ) | |
| ) | |
| *Plaintiff*    ) | |
| v.    ) | **REVISED NOTICE OF APPEAL** |
| ) | |
| J&L FIBER SERVICES, INC.,    ) | |
| ) | |
| *Defendant*.    ) | |

Notice is hereby given that Plaintiff Advanced Fiber Technologies (AFT) Trust ("AFT") hereby appeals to the United States Court of Appeals for the Federal Circuit from: (i) the Memorandum-Decision and Order (D.E. 114) entered in this action on September 13, 2010 granting in part and denying in part Defendant J&L Fiber Services, Inc.'s ("Defendant") Motion for the Construction of Claim Terms, granting in part and denying in part Defendant's Motion for Summary Judgment, denying AFT's Motion for Summary Judgment on the issue of infringement and denying AFT's Motion for Summary Judgment on the issue of validity; and (ii) the Decision and Order (D.E. 129) and Final Judgment (D.E. 130) entered in this action on January 21, 2011 denying AFT's Motion for Reconsideration, granting Defendant's Motion for Reconsideration and dismissing AFT's Complaint.

Respectfully submitted,

Dated: February 22, 2011

/s/ Nicholas Mesiti
Nicholas Mesiti, Esq. (BRN 102192)
Brett M. Hutton, Esq. (BRN 510995)
Alana M. Fuierer, Esq. (BRN 512985)
Shanna K. O'Brien, Esq. (BRN 513685)
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, New York  12203-5160
Telephone: (518) 452-5600
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of February 2011, I electronically filed the foregoing **Revised Notice of Appeal** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> David R. Cross, Esq.
> Quarles, Brady Law Firm - Milwaukee Office
> 411 East Wisconsin Avenue
> Suite 2040
> Milwaukee, WI 53202-4497
>
> Edward R. Conan, Esq.
> Bond, Schoeneck Law Firm - Syracuse
> One Lincoln Center
> Syracuse, NY 13202-1355
>
> Lillian A. Abbott-Pfohl
> Bond, Schoeneck Law Firm - Syracuse
> One Lincoln Center
> Syracuse, NY 13202-1355
>
> *Attorneys for Defendant*

Dated: February 22, 2011         /s/ Nicholas Mesiti
                                  Nicholas Mesiti, Esq.
                                  Brett M. Hutton, Esq.
                                  Alana M. Fuierer, Esq.
                                  Shanna K. O'Brien, Esq.
                                  HESLIN ROTHENBERG FARLEY & MESITI P.C.
                                  5 Columbia Circle
                                  Albany, New York 12203
                                  Phone: (518) 452-5600
                                  Facsimile: (518) 452-5579
                                  *Attorneys for Plaintiff*